UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HENRY HOWARD, WENDY HOWARD,

    Plaintiffs,

vs.                        CASE NO. 6:09-CV-948-ORL-19KRS

OTIS ELEVATOR, WINTER PARK
CONSTRUCTION, VISTIANNA VILLAGE
KEY,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16, filed July 24, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 16) is **ADOPTED and AFFIRMED.** The Renewed Motion to Proceed In Forma Pauperis (Doc. No. 14, filed July 17, 2009) is **DENIED,** and the Amended Complaint (Doc. No. 13, filed July 17, 2009) is **DISMISSED** without prejudice. The Clerk of Court is **DIRECTED TO CLOSE THIS CASE.**

**DONE AND ORDERED** at Orlando, Florida, this ___5th___ day of August, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record