UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

HENRY HOWARD and WENDY HOWARD,

Plaintiffs,

v.

OTIS ELEVATOR; WINTER PARK CONSTRUCTION; VISTIANNA VILLAGE KEY,

Defendant.
_____/

CASE NO.: 6:09-cv-948-Orl-19KRS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael J. Roper of the law firm of Bell, Roper & Kohlmyer, P.A., hereby files his Notice of Appearance as counsel on behalf of the Defendant, WINTER PARK CONSTRUCTION, in the above styled cause.

Respectfully submitted this __28__ day of October, 2009.

/s/ Michael J. Roper, Esquire
MICHAEL J. ROPER, Esquire
Florida Bar No.: 073227
mroper@bellroperlaw.com
Bell, Roper & Kohlmyer, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28 day of October, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will also send a Notice of Electronic Filing to: Henry Howard, Pro Se, P.O. Box 115, Tunnelton, IN 47467; Todd K. Norman, Esq., Broad and Cassel, 390 North Orange Ave., Ste. 1400, Orlando, FL 32801-4961.

/s/ *Michael J. Roper, Esquire*
Florida Bar No.: 0473227
Bell, Roper & Kohlmyer, P.A.
mroper@bellroperlaw.com